SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
ANDREW W. NOBLE (State Bar No. 245993)
awn@severson.com
EVELINA MANUKYAN (State Bar No. 233262)
exm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
CAPITAL ONE, N.A.; CHEVY CHASE BANK,
F.S.B.; and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| NARPAT BHANDARI and CHANDRA BHANDARI, an individual,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CAPITAL ONE, N.A., a business entity, form unknown; T.D. SERVICE COMPANY, a business entity, form unknown; CHEVY CHASE BANK, F.S.B., a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown, and all persons claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 THROUGH 30, inclusive,<br><br>            Defendants. | Case No. 5:12-cv-04533-PSG<br>ORDER GRANTING<br>**DEFENDANTS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:     November 13, 2012<br>Time:    10:00 a.m.<br>Crtrm.:   5, Fourth Floor<br>The Hon. Mag. Judge Paul S. Grewal<br><br><br><br><br><br><br><br>Action Filed:    August 24, 2012 |

1  Defendants CAPITAL ONE, N.A.; CHEVY CHASE BANK, F.S.B.; and MORTGAGE
2  ELECTRONIC REGISTRATION SYSTEMS, INC., ("Defendants") respectfully request that this
3  Court continue the Case Management Conference now set for November 13, 2012 and all
4  associated deadlines (Dkt. No. 17).  Defendants request that the Case Management Conference be
5  continued until after the Motion to Dismiss Plaintiffs' Complaint is heard (Dkt. No. 15), as this
6  case is not yet at issue.  Defendants will likely challenge any amended complaint filed by
7  Plaintiffs.
8  Accordingly, Defendants respectfully requests that this Court continue the Case
9  Management Conference, and all associated deadlines, to a future date sufficient to allow
10 Defendants' Motion to Dismiss to be heard.

11 DATED:  November 5, 2012              Respectfully submitted,

12                                       SEVERSON & WERSON
13                                       A Professional Corporation

14

15                                       By:   /s/ *Evelina Manukyan*
                                                Evelina Manukyan
16

17                                       Attorneys for Defendants CAPITAL ONE, N.A.;
                                         CHEVY CHASE BANK, F.S.B.; and MORTGAGE
18                                       ELECTRONIC REGISTRATION SYSTEMS, INC.

19

20                           **[PROPOSED] ORDER**

21      IT IS ORDERED:

22      1.   The Case Management Conference is currently scheduled for November 13, 2012 ,
23 at 10:00 a.m. in Courtroom 5 of the above-captioned Court.  The Case Management Conference is
24 continued to  December 18  , 2012/~~2013~~, at      2       ~~a.m.~~/p.m. in Courtroom 5 of the
25 above-captioned Court.

26      2.   All deadlines associated with the Case Management Conference are continued
27 accordingly.

28

15314.0344/2454382.1                                                    5:12-cv-04533-PSG
DEFENDANTS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE


1  DATED: November 8, 2012

3  _____
4  The Hon. Mag. Judge Paul S. Grewal


# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On November 5, 2012, I served true copies of the following document(s):

**DEFENDANTS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

on the interested parties in this action as follows:

| | |
|---|---|
| Mahesh Kumar Bajoria<br>Law Offices of Mahesh Bajoria, Esq.<br>39355 California Street, Suite 310<br>Fremont, CA 94538<br>Tel: 510-791-9911<br>Fax: 510-791-9912<br>Email: mahesh@bajorialaw.com<br><br>Attorney for Plaintiffs Narpat Bhandari and Chandra Bhandari | Reuben L. Nocos<br>Najeeb U. Kudiya<br>Nocos Kudiya, LLP<br>805 Veterans Boulevard, Suite 301<br>Redwood City, CA 94063<br>Tel: 650-366-0455<br>Fax: 650-366-0455<br>Email: rln@nkllp.com<br>Email: nuk@nkllp.com<br><br>Attorneys for Plaintiffs Narpat Bhandari and Chandra Bhandari |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 5, 2012, at San Francisco, California.

_____
Angela L. Eure