MAHESH BAJORIA, ESQ. [SBN 224849]
Law Offices of Mahesh Bajoria
39355 California Street, Ste. 310
Fremont, CA 94538
(510) 791-9911 (phone)
mahesh@bajorialaw.com

REUBEN L. NOCOS  [SBN 238011]
NAJEEB U. KUDIYA [SBN 263505]
Nocos & Kudiya, LLP
805 Veterans Blvd. Ste. 301
Redwood City, CA  94063
Phone:  (650) 366-0455
rln@nkllp.com

Attorneys for Plaintiffs
NARPAT BHANDARI and CHANDRA BHANDARI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| NARPAT BHANDARI and CHANDRA BHANDARI, an individual<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, N.A, a business entity, form unknown; T.D. SERVICE COMPANY, a business entity, form unknown; CHEVY CHASE BANK, F.S.B, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a business entity, form unknown; and all persons claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No: 5:12-CV-04533-PSG<br><br>[~~PROPOSED~~] **ORDER ON REQUEST FOR APPEARANCE AT CASE MANGEMENT CONFERENCE BY COURT CALL**<br><br>Hearing Date: December 18, 2012<br>Time: 2.00 pm<br>Dept. Crtrm 5, Fourth Floor<br>Judge: Hon. Judge Paul S. Grewal |

For GOOD CAUSE APPEARING;

Plaintiffs' request for appearance at Case Management Conference schedule at December 18, 2012 by Court call is hereby granted.  Counsel is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

Dated: December 17, 2012

MAG. JUDGE PAUL S. GREWAL