1  MAHESH BAJORIA, ESQ. [SBN 224849]
   Law Offices of Mahesh Bajoria
2  39355 California Street, Ste. 310
   Fremont, CA 94538
3  (510) 791-9911 (phone)
   mahesh@bajorialaw.com
4

5  REUBEN L. NOCOS  [SBN 238011]
   NAJEEB U. KUDIYA [SBN 263505]
6  Nocos & Kudiya, LLP
   805 Veterans Blvd. Ste. 301
7  Redwood City, CA  94063
   Phone:  (650) 366-0455
8  rln@nkllp.com

9
   Attorneys for Plaintiffs
10 NARPAT BHANDARI and CHANDRA BHANDARI

11
                  UNITED STATES DISTRICT COURT
12
        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
13

14

15 | NARPAT BHANDARI and CHANDRA BHANDARI, an individual | Case No: 5:12-CV-04533-PSG
   |                                                       |
   | Plaintiffs,                                           | [~~PROPOSED~~] ORDER ON REQUEST FOR APPEARANCE AT CASE MANGEMENT CONFERENCE BY COURT CALL
   | v.                                                    |
   |                                                       | Hearing Date: December 18, 2012
   | CAPITAL ONE, N.A, a business entity, form unknown; T.D. SERVICE COMPANY, a business entity, form unknown; CHEVY CHASE BANK, F.S.B, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a business entity, form unknown; and all persons claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 30, inclusive, | Time: 2.00 pm
   |                                                       | Dept. Crtrm 5, Fourth Floor
   |                                                       | Judge: Hon. Judge Paul S. Grewal
   | Defendants.                                           |

1
[~~PROPOSED~~] Order

For GOOD CAUSE APPEARING;

Plaintiffs' request for appearance at Case Management Conference schedule at December 18, 2012 by Court call is hereby granted. Counsel is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

Dated: December 17, 2012

*/s/ Paul S. Grewal*

MAG. JUDGE PAUL S. GREWAL