Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel.510-583-1155
Fax. 510 583 1299
e-mail: m-m@pacbell.net

GARY SULLIVAN
1556 The Alameda
San Jose, CA 95126
Tel: 1 408 971 1340
Fax: 1 408 971 0478


Attorneys for Plaintiffs
NARPAT and CHANDRA BHANDARI


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| NARPAT and CHANDRA BHANDARI | |
| Plaintiffs | NO: 5:12-CV-04533-PSG |
| vs. | SUBSTITUTION OF ATTORNEYS AND ORDER APPROVING SUBSTITUTION |
| CAPITAL ONE, N.A. et al, | Civil Rule 11-5 |
| Defendants | |

Please take notice that plaintiffs, NARPAT and CHANDRA BHANDARI have discharged MAHESH KUMAR BAJORIA, REUBEN LAGBAO NOCOS, and NAJEEB U. KUDIA as their attorneys effective JANUARY 2, 2013. Plaintiffs need to

-1-

phone and electronic mail numbers at the top of this pleading. Gary Sullivan, Glen L. Moss and his partner, Ann Murphy are members of the bar of this Court.

DATED: January 2, 2013.                MOSS & MURPHY

                                       By _____
                                            Glen L. Moss

### ORDER

For good cause, Mahesh Kumar Bajoria, Reuben Lagbao Nocos and Najeeb U. Kudiya are discharged as counsel for plaintiffs. Gary Sullivan, and Glen L. Moss of Moss & Murphy are approved as counsel for plaintiffs.

Dated: January 3, 2013                 _____
                                       PAUL S. GREWAL
                                       US MAGISTRATE JUDGE

x/bhandari.sub

-3-