UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NARPAT BHANDARI AND CHANDRA BHANDARI,<br><br>                     Plaintiffs,<br>          v.<br><br>CAPITAL ONE, N.A., et al.,<br><br>                     Defendants. | Case No.: C 12-04533 PSG<br><br>**ORDER GRANTING-IN-PART PLAINTIFFS' FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>**(Re: Docket No. 56)** |

On December 27, 2012, the court granted Defendants Capital One, N.A. ("Capital One"), Chevy Chase Bank, F.S.B. ("CCB"), and Mortgage Electronic Registration Systems, Inc.'s ("MERS") (collectively, "Defendants") motion to dismiss the complaint with leave to amend by January 7, 2013.  Plaintiffs Narpat Bhandari and Chandra Bhandari (collectively, "Plaintiffs") move for an extension of time to file an amended complaint based on their recent substitution of counsel.  Finding good cause appearing,

the court GRANTS-IN-PART Plaintiffs' motion to extend time.  Plaintiffs shall file any amended complaint no later than January 21, 2013.

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge